UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SOPHIA STEWART,<br><br>    Plaintiff,<br><br>vs.<br><br>WARNER BROTHERS ENTERTAINMENT, INC., *et al.*,<br><br>    Defendants. | 2:12-CV-01875-PMP-GWF<br><br>**ORDER** |

On March 4, 2013, the Honorable George Foley, Jr., United States Magistrate Judge, entered an Order and Findings and Recommendation (Doc. #12).

No objections have been taken to the ruling of Magistrate Judge Foley. The Court has conducted a *de novo* review of the proceedings leading to the entry of the Order and Report and Recommendation, and finds that they should be affirmed. Accordingly, and good cause appearing,

**IT IS ORDERED** that Plaintiff's copyright infringement claim is hereby DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief (Doc. #11) is hereby DENIED.

DATED: March 25, 2013.

_____
PHILIP M. PRO
United States District Judge