UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SOPHIA STEWART,<br><br>        Plaintiff,<br><br>vs.<br><br>WARNER BROTHERS ENTERTAINMENT, INC., *et al*.,<br><br>        Defendants. | 2:12-CV-01875-PMP-GWF<br><br>**ORDER** |

Plaintiff having filed a Motion to Dismiss her Amended Complaint and Petition for Injunctive Relief (Doc. #17), and good cause appearing,

**IT IS ORDERED** that Plaintiff Stewart's Motion to Withdraw and Dismiss Plaintiff's Amended Complaint and Petition for Injunctive Relief is GRANTED, and that Plaintiff's Civil Complaint and Petition for Injunctive Relief (Doc. #5) is hereby DISMISSED with prejudice.

DATED: April 11, 2013.

PHILIP M. PRO
United States District Judge